UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on June 17, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Joseph D. Marchand, Esquire
117-119 West Broad Street
PO Box 298
Bridgeton, NJ 08302
Trustee and Attorney for Chapter 7 Trustee
JM:5998

In Re:

Gilberto & Debra Estrada

Debtor

In Bankruptcy Proceeding:
Chapter 13

Case No. 21-11429/JNP

Hearing: June 17, 2021

Judge: Jerrold N. Poslusny, Jr.

## ORDER FOR PAYMENT OF COMPENSATION
## AND EXPENSE TO CHAPTER 7 TRUSTEE

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: June 17, 2021**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:    Gilberto & Debra Estrada
Case No:  21-11429/JNP
Caption of Order:    Order for Payment of Compensation and Expenses to
Chapter 7 Trustee

---

Upon consideration of Joseph D. Marchand, Esquire's application for an order for payment of compensation and expenses to Chapter 7 Trustee, and good cause appearing therefore, it is hereby

**ORDERED THAT** Joseph D. Marchand, Esquire, for services rendered as Former Chapter 7 Bankruptcy Trustee, is entitled to Compensation in the amount of **$1,040.00**, and reimbursement of Expenses in the amount of **$14.00** for a total award of **$1,054.00** which shall be treated as an Administrative Expense of the debtor's Chapter 13 Bankruptcy Estate and shall be paid by the Chapter 13 Trustee.