UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on June 17, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Joseph D. Marchand, Esquire
117-119 West Broad Street
PO Box 298
Bridgeton, NJ 08302
Trustee and Attorney for Chapter 7 Trustee
JM:5998

In Re:

Gilberto & Debra Estrada

Debtor

In Bankruptcy Proceeding:
Chapter 13

Case No. 21-11429/JNP

Hearing: June 17, 2021

Judge: Jerrold N. Poslusny, Jr.

## ORDER FOR PAYMENT OF COMPENSATION
## AND EXPENSE TO CHAPTER 7 TRUSTEE

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: June 17, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:   Gilberto & Debra Estrada
Case No:  21-11429/JNP
Caption of Order:    Order for Payment of Compensation and Expenses to
Chapter 7 Trustee

---

Upon consideration of Joseph D. Marchand, Esquire's application for an order for payment of compensation and expenses to Chapter 7 Trustee, and good cause appearing therefore, it is hereby

**ORDERED THAT** Joseph D. Marchand, Esquire, for services rendered as Former Chapter 7 Bankruptcy Trustee, is entitled to Compensation in the amount of **$1,040.00**, and reimbursement of Expenses in the amount of **$14.00** for a total award of **$1,054.00** which shall be treated as an Administrative Expense of the debtor's Chapter 13 Bankruptcy Estate and shall be paid by the Chapter 13 Trustee.

United States Bankruptcy Court

District of New Jersey

In re:  
Gilberto Estrada  
Debra Estrada  
    Debtors

Case No. 21-11429-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2  
Date Rcvd: Jun 17, 2021      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Gilberto Estrada, Debra Estrada, 120 Ford Ave, Woodbury, NJ 08096-5064 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2021 at the address(es) listed below:

**Name**      **Email Address**

Andrew Thomas Archer  
     on behalf of Joint Debtor Debra Estrada aarcher@spillerarcherlaw.com  
     bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com

Andrew Thomas Archer  
     on behalf of Debtor Gilberto Estrada aarcher@spillerarcherlaw.com  
     bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com

Denise E. Carlon  
     on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Isabel C. Balboa  
     ecfmail@standingtrustee.com summarymail@standingtrustee.com

Matthew K. Fissel  
     on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 17, 2021 | Form ID: pdf903 | Total Noticed: 1 |

U.S. Trustee
                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6