Andrew T. Archer, Esquire
175 Richey Avenue
Collingswood, NJ  08107
(856) 963-5000
Attorney for Debtor(s)

Order Filed on August 24, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

|  |  |
|---|---|
| In Re: | : Bankruptcy Division<br>: United States Bankruptcy Court<br>: District of New Jersey<br>: Bankruptcy No. 21-11429 JNP<br>:<br>: Chapter 13<br>: |
| Gilbert & Debra Estrada,<br><br>Debtors. | :<br>:<br>: Hearing Date: August 24, 2021<br>:<br>: |

## ORDER GRANTING LEAVE TO TRANSFER PROPERTY

The relief set forth on the following pages, numbered two (2) through __2__ is hereby **ORDERED**.

**DATED: August 24, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**

| | |
|---|---|
| Debtor(s): | Gilberto & Debra Estrada |
| Case No. | 21-11429 JNP |
| Caption of Order: | Order Granting Leave to Transfer Property |

This matter having come before the Court by Andrew T. Archer, Esquire, Attorney for the debtors seeking an Order granting leave to transfer certain property by quitclaim deed, and the Court having reviewed the papers in support and in opposition to the Motion, if any, and the Court having heard the arguments of counsel, if any, and good and proper service having been made on all parties in interest, and for good cause shown:

**ORDERED** as follows:

1. The debtors' motion be and is hereby granted;

2. The debtor, Gilberto Estrada is granted leave to transfer the real property known as 37 Crescent Avenue, Woodbury, New Jersey to Walter Estrada by quitclaim deed;

3. Counsel for the debtor shall serve a copy of this Order within 7 days of the date hereof.