Andrew T. Archer, Esquire
175 Richey Avenue
Collingswood, NJ  08107
(856) 963-5000
Attorney for Debtor(s)

Order Filed on August 24, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

_____

In Re:

Gilbert & Debra Estrada,

      Debtors.

_____

: Bankruptcy Division
: United States Bankruptcy Court
: District of New Jersey
: Bankruptcy No. 21-11429 JNP
:
: Chapter 13
:
:
:
: Hearing Date: August 24, 2021
:
:

ORDER GRANTING LEAVE TO TRANSFER PROPERTY

The relief set forth on the following pages, numbered two (2) through __2__ is hereby **ORDERED**.

**DATED: August 24, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**

Debtor(s):          Gilberto & Debra Estrada
Case No.          21-11429 JNP
Caption of Order:    Order Granting Leave to Transfer Property

This matter having come before the Court by Andrew T. Archer, Esquire, Attorney for the debtors seeking an Order granting leave to transfer certain property by quitclaim deed, and the Court having reviewed the papers in support and in opposition to the Motion, if any, and the Court having heard the arguments of counsel, if any, and good and proper service having been made on all parties in interest, and for good cause shown:

**ORDERED** as follows:

1. The debtors' motion be and is hereby granted;

2. The debtor, Gilberto Estrada is granted leave to transfer the real property known as 37 Crescent Avenue, Woodbury, New Jersey to Walter Estrada by quitclaim deed;

3. Counsel for the debtor shall serve a copy of this Order within 7 days of the date hereof.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                  Case No. 21-11429-JNP
Gilberto Estrada                                                                                        Chapter 13
Debra Estrada
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1                     User: admin                                    Page 1 of 2
Date Rcvd: Aug 24, 2021                  Form ID: pdf903                                Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2021:**

**Recip ID**    **Recipient Name and Address**
db/jdb    + Gilberto Estrada, Debra Estrada, 120 Ford Ave, Woodbury, NJ 08096-5064

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2021    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2021 at the address(es) listed below:

**Name**    **Email Address**

Andrew Thomas Archer
    on behalf of Joint Debtor Debra Estrada aarcher@spillerarcherlaw.com
    bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com

Andrew Thomas Archer
    on behalf of Debtor Gilberto Estrada aarcher@spillerarcherlaw.com
    bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com

Denise E. Carlon
    on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Isabel C. Balboa
    ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Matthew K. Fissel
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Aug 24, 2021 | Form ID: pdf903 | Total Noticed: 1

matthew.fissel@brockandscott.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6