Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

                Case No.:  21−11429−JNP
                Chapter:  13
                Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Gilberto Estrada                                            Debra Estrada
   aka Gilberto Estrada−Villeda                  120 Ford Ave
   120 Ford Ave                                          Woodbury, NJ 08096
   Woodbury, NJ 08096

Social Security No.:
   xxx−xx−2605                                           xxx−xx−1482

Employer's Tax I.D. No.:

---

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Andrew B Finberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>July 19, 2024</u>                 <u>Jerrold N. Poslusny Jr.</u>
                                          Judge, United States Bankruptcy Court